IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DERRICK ADRIAN JOHNSON, §<br>#36454-177, §<br>MOVANT, §<br>§<br>v. §<br>§<br>UNITED STATES OF AMERICA, §<br>RESPONDENT. § | CIVIL CASE NO. 3:21-CV-1676-N-BK<br>(CRIMINAL CASE NO. 3:16-CR-349-N-1) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 17th day of October, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE